# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-3155

MERLINE FAUST,

        Petitioner,

v.

UNITED STATES POSTAL SERVICE,

        Respondent.

Petition for review of the Merit Systems Protection Board in No. DA3443120409-I-1.

Authorized Abbreviated Caption[2]

FAUST v USPS, 2013-3155

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.