**FORM 8.  Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____MERLINE FAUST_____ v. _____USPS_____

No. 2013-3155

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:  _____USPS_____
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☑ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Allison Kidd-Miller |
| Law firm: | United States Department of Justice, Commercial Litigation Branch |
| Address: | PO Box 480, Ben Franklin Station |
| City, State and ZIP: | Washington DC 20044 |
| Telephone: | (202) 305-3020 |
| Fax #: | (202) 514-7969 |
| E-mail address: | Allison.Kidd-Miller@usdoj.gov |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| __9/3/2013__ | __/s/Allison Kidd-Miller__ |
| Date | Signature of pro se or counsel |

cc: __Michael D.J. Eisenberg__

[Reset Fields]

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this __3rd__ day of __September__, __2013__, a copy of the foregoing __Entry of Appearance__ was filed electronically.

[✓] This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/Allison Kidd-Miller

[ ] I caused a copy of this filing to be served via:

    [ ] hand delivery

    [ ] mail

    [ ] third-party commercial carrier for delivery within 3 days

    [ ] electronic means, with the written consent of the party being served

To the following address:

_____